TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00522-CV

Nancy Abshier, Appellant

v.

United Services Automobile Association Casualty Insurance Company, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT

NO. 97-00089, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING 

PER CURIAM

 This appeal arose from an interpleader lawsuit concerning the disbursal of insurance
proceeds that were being held in the registry of the Travis County district court. The interpleader
action arose from an underlying negligence action concerning an automobile accident. United
Services Automobile Association Casualty Insurance Company and Nancy Abshier have entered
into an agreement to settle their disputes both in the underlying negligence action and regarding
the disbursal of the insurance proceeds. Accordingly, appellant Nancy Abshier has filed a motion
requesting that this Court dismiss the appeal in this cause pursuant to the parties' settlement. The
motion is granted. Tex. R. App. P. 42.1(a)(2). 

 The appeal in this cause is hereby dismissed.

Before Justices Powers, Aboussie and B. A. Smith

Appeal Dismissed on Appellant's Motion

Filed: September 18, 1997

Do Not Publish